IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Mary George<br>Probation Officer: Justine Kozak | Date:  May 29, 2015 |

Criminal Action No.: 14-cr-00072-JLK

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Jaime A. Pena |
|         Plaintiff, | |
| v. | |
| MICHELLE MALLOY, | Brian R. Leedy |
|         Defendant. | |

## SENTENCING MINUTES

**1:44 p.m.        Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.

**Change of Plea Hearing: July 29, 2014.**

**Defendant plead guilty to Counts Forty-Eight thru Fifty-Three of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:   Government's Motion To Dismiss Counts 1-47 Of The Indictment (Filed 3/9/15; Doc. No. 35) is GRANTED.**

**ORDERED:   Defendant's Motion for a Statutory Sentence (Filed 3/4/15; Doc. No. 33) is GRANTED.**

*14-cr-00072-JLK*
*Sentencing*
*May 29, 2015*

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**PROBATION:**
**Defendant is sentenced as to Counts Forty-Eight thru Fifty-Three to probation for a term of 36 months.  The 1st 6 months, the Defendant shall be confined at home subject to the approval of her probation officer as to when she may leave the home or not.**

**Conditions of probation:**
- (X) Defendant shall adhere to and successfully complete any medical treatment program that she is assigned.  In order to terminate the program, the permission and approval of the Probation Officer is needed.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of probation:**
- (X) Defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $600.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Bond is discharged.

**2:13 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 29 minutes.